Courtney Devon Taylor (NJ Bar. No. 037022008)
**HOGAN LOVELLS US LLP**
1735 Market St, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4618
Email: courtney.taylor@hoganlovells.com

*Counsel for Proposed Intervenor-Defendant*
*Atlantic Shores Offshore Wind, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAVE LONG BEACH ISLAND AND ROBERT STERN, | |
| Plaintiffs, | Case No.: 3:23-cv-01886-ZNQ-JBD |
| | Judge Zahid N. Quraishi |
| v. | Magistrate Judge J. Brendan Day |
| U.S. DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE; and JANET COIT, in her official capacity as Director, National Marine Fisheries Service, | NOTICE OF MOTION TO INTERVENE AND TO DEFER FILING ANSWER |
| | Motion Return Day: Jun 5, 2023 |
| Defendants. | |

**TO: THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on June 5, 2023, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Proposed Intervenor-Defendant Atlantic Shores Offshore Wind, LLC ("Atlantic Shores") will apply to the Honorable Zahid N. Quraishi, United States District Judge for the District of New Jersey, at the Clarkson S. Fisher Building

and U.S. Courthouse, 402 East State Street, Room 2020, Trenton, NJ 08608, for entry of an order granting its motion to intervene as of right as a defendant in the above-captioned case pursuant to Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, seeks permissive intervention pursuant to Federal Rule of Civil Procedure 24(b), to protect its interests in the federal approvals challenged in this action. Plaintiffs do not oppose Atlantic Shores' motion to intervene. Federal Defendants take no position on Atlantic Shores' motion to intervene.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Atlantic Shores will rely on this Notice of Motion and the concurrently-filed Memorandum of Law, Declaration of Jennifer Daniels, and all pleadings and other documents filed with the Court in this action. As stated in its Memorandum of Law, Atlantic Shores respectfully requests that the Court permit Atlantic Shores to file its Answer or other responsive pleading pursuant to Federal Rule of Civil Procedure 24(c) and Local Civil Rule 7.1(f)(1) by the same date as Federal Defendants, currently due on June 12, 2023, or three days after intervention is granted, whichever is later.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Atlantic Shores' motion is submitted herewith in accordance with Local Civil Rule 7.1(e).

        Respectfully submitted,

        /s/  Courtney Devon Taylor
        Courtney Devon Taylor (NJ Bar No. 037022008)
        **HOGAN LOVELLS US LLP**
        1735 Market St., 23rd Floor
        Philadelphia, PA 19103
        Phone:  (267) 675-4618
        courtney.taylor@hoganlovells.com

Dated:  May 12, 2023         *Counsel for Proposed Intervenor-Defendant*
    Philadelphia, Pennsylvania     *Atlantic Shores Offshore Wind, LLC*