Kegan A. Brown (NJ Bar No. 015482007)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: kegan.brown@lw.com

*Counsel for Proposed Intervenor-Defendant*
*Orsted North America Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAVE LONG BEACH ISLAND and ROBERT STERN,<br><br>               Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE; and JANET COIT, in her official capacity as Director, National Marine Fisheries Service,<br><br>               Defendants. | Case No.: 3:23-cv-01886-ZNQ-JBD<br><br>Judge Zahid N. Quraishi<br>Magistrate Judge J. Brendan Day<br><br>**ORDER GRANTING MOTION TO INTERVENE** |

Upon consideration of the Motion to Intervene filed by Orsted North America Inc. ("Intervenor"), the relevant briefing and legal authorities, and the other submissions before this Court,

**IT IS HEREBY ORDERED** that Intervenor's Motion to Intervene as of Right under Federal Rule of Civil Procedure 24(a) is **GRANTED**; and it is further

**ORDERED** that Intervenor shall file its Answer or other responsive pleading by the same deadline as Federal Defendants or three days after the entry of this Order, whichever is later.

**SO ORDERED** on this **19th** day of **May**, 2023.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE