Courtney Devon Taylor (NJ Bar. No. 037022008)
**HOGAN LOVELLS US LLP**
1735 Market St, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4618
Email: courtney.taylor@hoganlovells.com

*Counsel for Proposed Intervenor-Defendant*
*Atlantic Shores Offshore Wind, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAVE LONG BEACH ISLAND AND ROBERT STERN, | |
| Plaintiffs, | Case No.: 3:23-cv-01886-ZNQ-JBD |
| v. | Judge Zahid N. Quraishi<br>Magistrate Judge J. Brendan Day |
| U.S. DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE; and JANET COIT, in her official capacity as Director, National Marine Fisheries Service, | ORDER GRANTING MOTION TO INTERVENE |
| Defendants. | |

Upon consideration of the Motion to Intervene filed by Proposed Intervenor-Defendant Atlantic Shores Offshore Wind, LLC ("Intervenor"), the relevant briefing and legal authorities, and the other submissions before this Court,

**IT IS HEREBY ORDERED** that Intervenor's Motion to Intervene as of Right under Federal Rule of Civil Procedure 24(a) is **GRANTED**; and it is further

**ORDERED** that Intervenor shall file its Answer or other responsive pleading by the same deadline as Federal Defendants or three days after the entry of this Order, whichever is later.

**SO ORDERED** on this **19th** day of **May**, 2023.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE