UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

SAVE LONG BEACH ISLAND and ROBERT
STERN,

          Plaintiff(s),

     **v.**

U.S. DEPARTMENT OF COMMERCE, et al.,

          Defendant(s)

**REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION**

Civil Action No.  3:23-cv-01886-ZNQ-JBD

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.     An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.     If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Kegan A. Brown
_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Stacey L. VanBelleghem

Address:     Latham & Watkins LLP

          555 Eleventh Street, NW

          Suite 1000

          Washington, D.C. 20004

E-mail:     stacey.vanbelleghem@lw.com
          (One email address only)